COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Karen Kristine Silvio v. Michael B. Newman

Appellate case number:     01-10-01153-CV

Trial court case number:   945526

Trial court:               County Civil Court at Law No. 1 of Harris County

Appellant, Karen Kristine Silvio, has filed a "Motion to Request All Court Reporters Records and Extension to File Brief," stating that she had left a voice mail for the court reporter, that she assumed the reporter's record would be filed at the same time as the clerk's record, and that she was working with the court reporter "to get the correct dates of the hearings so that she may prepare the records." Appellant requests an "extension to file her brief in order to review the Court Reporter's Records and make the necessary changes to her brief accordingly." We dismiss the motion as moot.

Appellant appeals the trial court's order signed July 7, 2010. A motion for new trial was timely filed. The appellate record was therefore due by November 4, 2010. *See* TEX. R. APP. P. 35.1(a). We dismissed this case on February 14, 2013 for failure to pay the appellate fees, but reinstated the case on October 15, 2013 in light of appellant's subsequent payment of the fees. Nevertheless, due to the age of the case, we ordered appellant to provide written evidence from the court reporter by October 30, 2013 showing that appellant had paid or made arrangements to pay for the record or we would consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b)(2), (b)(3), (c), 37.3(c). We further informed appellant that no extensions of time would be granted.

The reporter's record has not been filed. Accordingly, appellant's brief is not yet due, and her request for an extension of time to file her brief is DISMISSED as moot. *See* TEX. R. APP. P. 38.6(a) (setting deadline for filing brief at 30 days after later of date clerk's record is filed or date reporter's record is filed). However, because no reporter's record has been filed and appellant has failed to provide any evidence from the court reporter indicating that she has paid or made arrangements to pay for the court reporter's

record, we will only consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b)(2), (b)(3), (c), 37.3(c).

Appellant's brief is due within 30 days of the date of this order.[1] *See* TEX. R .APP. P. 38.6(a). Appellee's brief, if any, is due within 30 days of the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b). No extensions of time for filing the briefs will be granted. *See* TEX. R. APP. P. 38.6(d) (authorizing court to shorten time for filing briefs and submitting case).

It is so ORDERED.


Judge's signature:/s/ <u>Chief Justice Sherry Radack</u>
         ☒ Acting individually    ☐ Acting for the Court


Date: December 17, 2013

---

[1] Although appellant states in her motion that she filed her brief on December 2, 2013, no brief appears in the court's records.